UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 21-80043-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**JORGE LUIS ALFONSO LUIS**,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Bruce Reinhart Following Change of Plea Hearing [ECF No. 22]. On November 16, 2021, Magistrate Judge Reinhart held a Change of Plea hearing during which Defendant pled guilty to Count Six of the Indictment [ECF No. 1] pursuant to a written plea agreement and factual proffer [ECF No. 20]. Magistrate Judge Reinhart thereafter issued a Report and Recommendation on Change of Plea [ECF No. 22]. No party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 22] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant Jorge Luis Alfonso Luis as to Count Six of the Indictment is **ACCEPTED**;

3. Defendant Jorge Luis Alfonso Luis is adjudicated guilty of Count Six of the Indictment, which charges Defendant with aggravated identity theft, in violation of 18 U.S.C.

CASE NO. 21-80043-CR-CANNON

§ 1028(A)(1) and 2.  In exchange for the Defendant's guilty plea, the United States Attorney's Office agrees to dismiss Counts 1-5 and 7-8 against the Defendant at sentencing [ECF No. 20 (plea agreement)]

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 2nd day of December 2021.

                                          **AILEEN M. CANNON**
                                          **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record